**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10047 |
| Plaintiff - Appellant, | D.C. No. 2:09-cr-00047-JCM-PAL |
| v. | |
| PAMELA D. MEZA, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

The United States appeals the district court's order reducing the criminal

forfeiture money judgment against Pamela D. Meza.  We have jurisdiction under

28 U.S.C. § 1291.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In light of our holding in *United States v. Newman*, 659 F.3d 1235 (9th Cir. 2011), we vacate the district court's order reducing Meza's criminal forfeiture money judgment to $298,646.00, and we remand.

**VACATED and REMANDED.**